IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

     Petitioner,                         No. CIV S-08-1207 MCE KJM P

     vs.

MIKE KNOWLES, Warden, et al.,

     Respondents.                  FINDINGS & RECOMMENDATIONS

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. §2254.

       The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus challenging the same conviction and sentence. See Jaspar v. Glaza, CIV S-02-1234 GEB GGH P.  The previous application was filed on June 7, 2002 and denied on the merits on June 22, 2004.  Before petitioner can proceed with the instant application he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

/////

1       Accordingly, IT IS HEREBY RECOMMENDED that the case be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 23, 2009.

                                                U.S. MAGISTRATE JUDGE

1/ar
jasp1207.succ