IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,                No. 2:08-cv–01207-MCE-KJM P

       Petitioner,

    vs.                       ORDER

MIKE KNOWLES, Warden, et al.,

       Respondents.

                                /

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 23, 2009, the magistrate judge filed findings and recommendations

herein which were served on all parties and which contained notice to all parties that any

objections to the findings and recommendations were to be filed within twenty days.  Petitioner

has filed objections to the findings and recommendations.

///

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

3  file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5              Accordingly, IT IS HEREBY ORDERED that:

6              1.  The findings and recommendations filed February 23, 2009, are adopted in

7  full; and

8              2.  This case is dismissed without prejudice to its refiling upon obtaining

9  authorization from the United States Court of Appeals for the Ninth Circuit.

10    Dated:  March 27, 2009

11

12                                        MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26