IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW LEE JASPAR,

    Petitioner,    No. CIV S-08-1207 MCE KJM P

  vs.

MIKE KNOWLES, Warden, et al.,

    Respondents.    <u>ORDER</u>

_____/

On March 30, 2009, the court determined that petitioner's application for writ of habeas corpus is successive under 28 U.S.C. § 2244(b)(3) and dismissed the petition without prejudice to refiling upon obtaining the necessary authorization from the United States Court of Appeals for the Ninth Circuit. Petitioner now asks that the court transfer this action to the Ninth Circuit so that he may obtain the necessary authorization. However, transfer is not necessary or

/////
/////
/////
/////
/////

1  warranted because petitioner may file his request for authorization with the Ninth Circuit by
2  himself.  Therefore, petitioner's request for transfer (#15) is denied.
3  DATED: July 13, 2009.

4  _____
   U.S. MAGISTRATE JUDGE

6  1
   jasp1207.suc